recidivists, RSMo § 558.016 did not convert or reclassify appellant's class C felony into a class B felony. Compare *State v. Pruitt,* 192 S.W.3d 512, 514 (Mo.App.2006)(collecting RSMo chapter 195 cases so holding). Appellant could have been sentenced to anything within the class B *or* class C felony ranges inclusive, including the three-year sentence appellant's plea counsel requested.

The judgment is affirmed.

PARRISH, J., and RAHMEYER, P.J., concur.

**Anthony BACON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66996.**

Missouri Court of Appeals,
Western District.

June 26, 2007.

Brian J. Klopfenstein, Kearney, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Stephanie L. Wan, Office of Attorney General, Jefferson City, for Respondent.

Before THOMAS H. NEWTON, Presiding Judge, JAMES M. SMART, JR., Judge, and RONALD R. HOLLIGER, Judge.

**ORDER**

Anthony Bacon appeals the denial of his Rule 29.15 motion for post-conviction relief, following an evidentiary hearing. Bacon's motion alleged ineffective assistance of counsel in that trial counsel did not properly challenge a search warrant that permitted the officers to execute the warrant without knocking and announcing their presence before making entry. Because any motion to suppress the evidence based on the police officers' failure to knock and announce before entry would have been unsuccessful under *Hudson v. Michigan,* —— U.S. ——, 126 S.Ct. 2159, 165 L.Ed.2d 56 (2006), Bacon did not suffer any prejudice. Therefore, we affirm the denial of his Rule 29.15 motion pursuant to Rule 84.16(b).

**J.C.S., Appellant–Respondent,**

v.

**C.B.S.P., Respondent–Appellant.**

**Nos. WD 66654, WD 66704.**

Missouri Court of Appeals,
Western District.

June 26, 2007.

Debra L. Moore, Independence, for appellant-respondent.

Dennis J. Owens, Kansas City, for respondent-appellant.

Before Holliger, P.J., SPINDEN and HARDWICK, JJ.

## *ORDER*

PER CURIAM.

J.C.S. (Father) appeals from a judgment modifying the terms of a joint child custody arrangement involving his twin sons. C.B.S.P. (Mother) cross appeals. Upon review of the briefs and the record, we find no error and affirm the trial court's judgment. We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would have no precedential value.

AFFIRMED. Rule 84.16(b).

**Christopher V. GUYTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66177.**

Missouri Court of Appeals,
Western District.

June 26, 2007.

Laura G. Martin, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., Presiding Judge, PAUL M. SPINDEN, Judge and JOSEPH M. ELLIS, Judge.

## *ORDER*

PER CURIAM.

Christopher V. Guyton appeals the denial after an evidentiary hearing of his Rule 29.15 motion for ineffective assistance of counsel. After a thorough review of the record, we find that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value, but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

